**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 7 |
| JESSENIA VEINTIMILLA, | Case No.: 24-10146 (DSJ) |
| Debtor. | |

------------------------------------------------------------------x

## ORDER VACATING DISMISSAL AND REOPENING CASE

**WHEREAS**, the Court dismissed the above-captioned case on May 29, 2024, due to the Debtor's failure to pay the required filing fee; and

**WHEREAS**, on July 12, 2024, the Debtor filed a notice of change of address and Motion to Reopen her case; and

**WHEREAS**, on August 13, 2024, the Court held a hearing on the Motion to Reopen and construed the Motion as a request for this Court to vacate its prior Order of dismissal pursuant to Fed. R. Civ. P. 60(b), applicable to this case pursuant to Fed. R. Bankr. P. 9024; and

**WHEREAS**, the Debtor having failed to receive notice of the hearing on dismissal and other critical notifications because she moved her residence due to circumstances beyond her control; and

**WHEREAS**, the Court having found that the Debtor has made significant progress in her case by timely filing her statements and schedules, filing her certificate of credit counseling, and completing her personal financial management course; and

**WHEREAS**, upon her explanation for failure to pay the filing fee as provided in the Motion and on the record of the hearing held, the Court concludes that the Debtor has met her burden of showing excusable neglect pursuant to Fed. R. Civ. P. 60(b),

**IT IS HEREBY**

**ORDERED**, that the Court's May 29, 2024 Order of Dismissal is hereby **VACATED** pursuant to Fed. R. Civ. P. 60(b) and this case is **REOPENED**, and it is further

**ORDERED**, that the Debtor must pay the chapter 7 filing in fee in full or file an application (Form 103B) to have the chapter 7 filing fee waived (to the extent the Debtor qualifies) by no later than **Friday, August 30, 2024**, or the case **will be automatically dismissed without further notice**.

Dated: New York, New York
August 13, 2024

                                             *s/ David S. Jones*
                                         Honorable David S. Jones
                                         United States Bankruptcy Judge